GARY E. DI GRAZIA, ESQ.
Nevada State Bar No. 198
gdigrazia@frontiernet.net
GOICOECHEA, DI GRAZIA,
COYLE & STANTON, LTD.
530 Idaho Street
P.O. Box 1358
Elko, NV 89801
Telephone: (775) 738-8091
Facsimile: (775) 738-4220
*Attorneys for Defendants
Queenstake Resources USA Inc. and
Queenstake Resources USA Inc. Employee Benefit Plan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NORTHEASTERN NEVADA REGIONAL HOSPITAL,** <br><br> Plaintiff, <br><br> vs. <br><br> **QUEENSTAKE RESOURCES USA INC.; QUEENSTAKE RESOURCES USA INC. EMPLOYEE BENEFIT PLAN,** <br><br> Defendants. | Case No.: 3:09-cv-00414-ECR-RAM <br><br> **ANSWER** |

Defendants, QUEENSTAKE RESOURCES USA INC., and QUEENSTAKE RESOURCES USA INC. EMPLOYEE BENEFIT PLAN, by and through their attorneys, GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., of Elko, Nevada, in answer to Plaintiff's Complaint, admit, deny and allege as follows:

### PARTIES

1.   Defendants admit Paragraph 1.

2.   Defendants admit Paragraph 2.

3.   Defendants admit Paragraph 3.

/ / /

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

1

## JURISDICTION AND VENUE

4. Defendants admit Paragraph 4.

## QUEENSTAKE PLAN PARTICIPANTS' ADMISSIONS TO NORTHEASTERN NEVADA REGIONAL HOSPITAL

5. Defendants admit Paragraph 5.

6. Defendants do not have knowledge or information sufficient to form a belief as to the allegations of Paragraph 6.

## THE QUEENSTAKE PLAN AND THE QUEENSTAKE MEMBER'S COVERAGE THEREUNDER

7. Defendants admit Paragraph 7.

8. Defendants admit Paragraph 8.

9. Defendants admit Paragraph 9.

10. Defendants admit Paragraph 10.

11. Defendants admit Paragraph 11.

## THE QUEENSTAKE PLAN AND THE NMN PPO CONTRACT

12. Defendants admit Paragraph 12.

13. Defendants admit Paragraph 13.

14. Defendants deny Paragraph 14.

## NNRH'S CLAIM FOR BENEFITS FOR MEDICAL CARE PROVIDED TO QUEENSTAKE MEMBERS

15. Defendants do not have knowledge or information sufficient to form a belief as to the allegations of Paragraph 15.

16. Defendants do not have knowledge or information sufficient to form a belief as to the allegations of Paragraph 16.

17. Defendants admit that NNRH's claims are for $243,295.15 but deny that that amount is the correct amount due.

18. Defendants do not have knowledge or information sufficient to form a belief as to the allegations of Paragraph 18.

19. Defendants admit that there has been a failure to pay certain amounts which are due but deny that the amounts claimed are the amounts due. All other allegations of Paragraph

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

2

1  19 are denied.

2  20.  Defendants do not have knowledge or information sufficient to form a belief as to
3  the allegations of Paragraph 20.

4  21.  Defendants do not have knowledge or information sufficient to form a belief as to
5  the allegations of Paragraph 21.

6  22.  Defendants do not have knowledge or information sufficient to form a belief as to
7  the allegations of Paragraph 22.

8  23.  Defendants do not have knowledge or information sufficient to form a belief as to
9  the allegations of Paragraph 23.

10  24.  Defendants do not have knowledge or information sufficient to form a belief as to
11  the allegations of Paragraph 24.

12  25.  Defendants do not have knowledge or information sufficient to form a belief as to
13  the allegations of Paragraph 25.

14  **FIRST CAUSE OF ACTION**

15  **(Civil Enforcement Action Under ERISA)**

16  26.  Defendants repeat and reallege their responses as if set forth fully herein.

17  27.  Defendants do not have knowledge or information sufficient to form a belief as to
18  the allegations of Paragraph 27.

19  28.  Defendants do not have knowledge or information sufficient to form a belief as to
20  the allegations of Paragraph 28.

21  29.  Defendants do not have knowledge or information sufficient to form a belief as to
22  the allegations of Paragraph 29.

23  30.  Defendants do not have knowledge or information sufficient to form a belief as to
24  the allegations of Paragraph 30.

25  31.  Defendants do not have knowledge or information sufficient to form a belief as to
26  the allegations of Paragraph 31.

27  32.  Defendants admit that NNRH has retained the services of The Law Offices of
28  Mark Douglas Herbert, A Professional Corporation, to prepare and prosecute its action. All

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

F:\wpdoc\NODE-2\PLEADING\Queenstake\NE NV Hospital\Answer.wpd

3

1 | other allegations of Paragraph 32 are denied.

2 |     33. Defendants do not have knowledge or information sufficient to form a belief as to
3 | the allegations of Paragraph 33.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The amounts asserted to be due from Defendants do not reflect proper discounts that were set forth in the terms and conditions of the contract to which Plaintiff asserts liability is predicated.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by Plaintiff's failure to exhaust all administrative and contractual remedies under the claims procedures of the self-funded ERISA health care plan, or other applicable plan.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has no colorable claim to vested benefits in connection with the self-funded ERISA health care plan, or other applicable plan.

### FOURTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff's claims are barred to the extent Plaintiff seeks monetary damages under ERISA as such damages are not recoverable under ERISA.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate its damages.

WHEREFORE, Defendants pray judgment as follows:

1. That Plaintiff take nothing by way of its Complaint in the manner in which the matter is pleaded and that the same be dismissed with prejudice;

2. For reasonable attorney fees and court costs in being required to defend this action; and

3. For such other and further relief as to this Court appears just and proper.

///
///

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

F:\wpdoc\NODE-2\PLEADING\Queenstake\NE NV Hospital\Answer.wpd

4

1 | DATED this 23rd day of November, 2009.

2 | GOICOECHEA, DI GRAZIA,
COYLE & STANTON, LTD.
3 | Attorneys for Defendants Queenstake Resources
USA Inc. and Queenstake Resources USA Inc.
4 | Employee Benefit Plan
530 Idaho Street
5 | P.O. Box 1358
Elko, NV 89803

By: _/s/ Gary E. Di Grazia_
GARY E. DI GRAZIA
Nevada State Bar No. 198

## CERTIFICATE OF SERVICE

Pursuant to F.R.Civ.P. 5(b), I certify that I am an employee of GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., and that on this 23rd day of November, 2009, I served a true and correct copy of the foregoing document, by:

All parties signed up for electronic filing have been served via electronically. All others are served by placing a true copy thereof in a sealed envelope placed for collecting and mailing in the United States mail, at Elko, Nevada, postage prepaid, following ordinary business practices.

Mark Douglas Herbert, Esq.
2215 Ford Street
Golden, CO 80401

Troy E. Peyton, Esq.
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

_/s/ Sharon Mathias_
SHARON MATHIAS

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

F:\wpdoc\NODE-2\PLEADING\Queenstake\NE NV Hospital\Answer.wpd

5