1  GARY E. DI GRAZIA, ESQ.
   Nevada State Bar No. 198
2  gdigrazia@frontiernet.net
   GOICOECHEA, DI GRAZIA,
3  COYLE & STANTON, LTD.
   530 Idaho Street
4  P.O. Box 1358
   Elko, NV 89801
5  Telephone: (775) 738-8091
   Facsimile: (775) 738-4220
6  *Attorneys for Defendants*
   *Queenstake Resources USA Inc. and*
7  *Queenstake Resources USA Inc. Employee Benefit Plan*

8

9

10

11              UNITED STATES DISTRICT COURT

12                   DISTRICT OF NEVADA

13  _____

14  NORTHEASTERN NEVADA            Case No.: 3:09-cv-00414-ECR-RAM
    REGIONAL HOSPITAL,
15
                  Plaintiff,
16
          vs.                              **CERTIFICATE OF INTERESTED
17                                         PARTIES AS REQUIRED BY LR 7.1-1**
    QUEENSTAKE RESOURCES USA
18  INC.; QUEENSTAKE RESOURCES
    USA INC. EMPLOYEE BENEFIT
19  PLAN,

20                Defendants.
    _____/
21

22
          Defendants, QUEENSTAKE RESOURCES USA INC., and QUEENSTAKE
23
    RESOURCES USA INC. EMPLOYEE BENEFIT PLAN, by and through their attorneys,
24
    GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., of Elko, Nevada, hereby certify
25
    / / /
26
    / / /
27
    / / /
28

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

F:\wpdoc\NODE-2\PLEADING\Queenstake\NE NV Hospital\Cert of Interested Parties.wpd

1

that the following have an interest in the outcome of this case:

    There are no known interested parties other than those participating in the case.

    These representations are made to enable judges of the Court to evaluate possible recusal.

DATED this 23rd day of November, 2009.

                            GOICOECHEA, DI GRAZIA,
                            COYLE & STANTON, LTD.
                            Attorneys for Defendants Queenstake Resources
                            USA Inc. and Queenstake Resources USA Inc.
                            Employee Benefit Plan
                            P.O. Box 1358
                            Elko, NV 89803

By: _____
     GARY E. DI GRAZIA
     Nevada State Bar No. 198

## CERTIFICATE OF SERVICE

    Pursuant to F.R.Civ.P. 5(b), I certify that I am an employee of GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., and that on this 23rd day of November, 2009, I served a true and correct copy of the foregoing document, by:

    **All parties signed up for electronic filing have been served via electronically. All others are served by placing a true copy thereof in a sealed envelope placed for collecting and mailing in the United States mail, at Elko, Nevada, postage prepaid, following ordinary business practices.**

    Mark Douglas Herbert, Esq.
    2215 Ford Street
    Golden, CO 80401

    Troy E. Peyton, Esq.
    703 South Eighth Street
    Las Vegas, NV 89101

    *Attorneys for Plaintiff*

_____
SHARON MATHIAS

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
Attorneys at Law
530 Idaho Street, P.O. Box 1358
Elko, Nevada 89801 - (775) 738-8091

F:\wpdoc\NODE-2\PLEADING\Queenstake\NE NV Hospital\Cert of Interested Parties.wpd

2