1  MARK DOUGLAS HERBERT, ESQ. (CO Bar No. 023691)
   THE LAW OFFICES OF MARK DOUGLAS HERBERT, P.C.
2  2215 Ford Street
   Golden, Colorado 80401
3  Telephone (303) 279-0650
   Facsimile (303) 279-0625
4

5  TROY E. PEYTON, ESQ. (NV Bar No. 1188)
   RUMPH & PEYTON
6  300 S. 4th St., Ste. 800
   Las Vegas, NV 89101
7  Telephone (702) 388-4466
   Facsimile (702) 388-4474
8

9  Attorneys For Plaintiff, NORTHEASTERN NEVADA REGIONAL HOSPITAL

10
                    **UNITED STATES DISTRICT COURT,**
11
                         **DISTRICT OF NEVADA**
12

13  NORTHEASTERN NEVADA REGIONAL          )
    HOSPITAL,                              )        Case No.: 3:09-cv-00414-ECR-RAM
14                                         )
                       Plaintiff,          )
15          v.                             )
                                           )        **CERTIFICATE OF**
16                                         )        **INTERESTED PARTIES**
                                           )        **AS REQUIRED BY LR 7.1-1**
17  QUEENSTAKE RESOURCES USA INC.;         )
    QUEENSTAKE RESOURCES USA INC.          )
18  EMPLOYEE BENEFIT PLAN,                 )
                                           )
19                     Defendants.         )
   _____

20
        Plaintiff, NORTHEASTERN NEVADA REGIONAL HOSPITAL, by and through its
21
   attorneys, THE LAW OFFICES OF MARK DOUGLAS HERBERT, A PROFESSIONAL
22
   CORPORATION, of Golden, Colorado , hereby certify  that the following have an interest in the
23
   outcome of this case:
24
        There are no known interested parties other than those participating in the case. These
25
   representations are made to enable judges of the Court to evaluate possible recusal.
26
        DATED this 24th day of November, 2009.
27

28

Respectfully submitted,

**THE LAW OFFICES OF MARK DOUGLAS HERBERT**

*A Professional Corporation*

By:    <u>s/Mark Douglas Herbert</u>
          Mark Douglas Herbert
          Admitted Pro Hac Vice
          CO Bar No. 23691
          2215 Ford Street
          Golden, CO 80401
          (303) 279-0650
          (303) 279-0625 (facsimile)

**ATTORNEYS FOR PLAINTIFF NORTHEASTERN NEVADA REGIONAL HOSPITAL**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 24, 2009, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PARTIES AS REQUIRED BY LOCAL RULE 7.1-1** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Gary E. Di Grazia
gdclaws@frontiernet.net

Troy E. Peyton
troy@peytonlaw.net

and I hereby certify that I have mailed by United States Postal Service the documents to the following CM/ECF participants:

Gary E. Di Grazia
Law Offices of Goicoechea, Di Grazia, Coyle & Stanton, LTD.
530 Idaho Street
Elko, Nevada 89801

Troy E. Peyton
2300 West Sahara Avenue
Suite 500
Las Vegas, Nevada 89102

<u>s/Kristine Fernatt</u>
Kristine Fernatt