1  MARK DOUGLAS HERBERT, ESQ. (CO Bar No. 023691)
   THE LAW OFFICES OF MARK DOUGLAS HERBERT, P.C.
2  2215 Ford Street
   Golden, Colorado 80401
3  Telephone (303) 279-0650
   Facsimile (303) 279-0625
4

5  TROY E. PEYTON, ESQ. (NV Bar No. 1188)
   RUMPH & PEYTON
6  300 S. 4th St., Ste. 800
   Las Vegas, NV 89101
7  Telephone (702) 388-4466
   Facsimile (702) 388-4474
8

9  Attorneys For Plaintiff, NORTHEASTERN NEVADA REGIONAL HOSPITAL

10

11                     **UNITED STATES DISTRICT COURT,**

12                           **DISTRICT OF NEVADA**

13  NORTHEASTERN NEVADA REGIONAL       )
    HOSPITAL,                          )   Case No. 3:09-cv-00414-ECR-RAM
14                                     )
                       Plaintiff,      )
15           v.                        )
                                       )   **STIPULATION FOR DISMISSAL**
16  QUEENSTAKE RESOURCES USA INC.;     )   **WITH PREJUDICE**
    QUEENSTAKE RESOURCES USA INC.      )
17  EMPLOYEE BENEFIT PLAN,             )   ORDER GRANTING
                                       )
18                     Defendants.     )
    _____
19

20      Plaintiff Northeastern Nevada Regional Hospital, by and through its attorney, and

21  Defendants Queenstake Resources USA, Inc. and Queenstake Resources USA, Inc. Employee

22  Benefit Plan, by and through their attorney, have settled all matters in issue in this action, and hereby

23  stipulate to dismissal with prejudice of all claims asserted or that could have been asserted in this

24  action by Plaintiff against Defendants, or that Defendants asserted or could have asserted against

25  Plaintiffs. All parties are to bear their own costs and attorney fees.

26  Dated: this 23rd day of August, 2010.

27

28

**Stipulation for Dismissal With Prejudice**                                    Page 1 of 2

|   |   |
|---|---|
| 1 | Respectfully, submitted, |
| 2 | **THE LAW OFFICES OF MARK DOUGLAS HERBERT, P.C.** |
| 3 | |
| 4 | By: s/ Mark Douglas Herbert<br>      Mark Douglas Herbert, Esq. |
| 5 | **ATTORNEYS FOR PLAINTIFF**<br>**NORTHEASTERN NEVADA REGIONAL HOSPITAL** |

**GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**

By: s/ Gary E. Di Grazia
      Gary E. Di Grazia

**ATTORNEYS FOR DEFENDANTS**
**QUEENSTAKE RESOURCES USA, INC. and**
**QUEENSTAKE RESOURCES USA, INC. EMPLOYEE**
**BENEFIT PLAN**

IT IS SO ORDERED.
This 25th day of August, 2010.

This case is closed.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE